UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM DEAN TUGGLE, SR. | * CIVIL ACTION NO. 13-CV-2908 |
| VERSUS | *JUDGE HICKS |
| DAVID F. DIES, M.D., EUSTACE L. EDWARDS, M.D. And LOUISIANA MEDICAL MUTUAL INSURANCE COMPANY | *MAGISTRATE JUDGE HORSNBY |

STIPULATION OF DISMISSAL

Plaintiff and defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is William Dean Tuggle, Sr.; defendants are David F. Dies, M.D., Eustace L. Edwards, M.D., and Louisiana Medical Mutual Insurance Company.

2. On October 21, 2013, plaintiff sued defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have served an answer, agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

1

9. This dismissal is with prejudice.

Respectfully submitted,

/s/Patrick R. Jackson
Patrick R. Jackson
Patrick R. Jackson, APLC
Louisiana Bar No. 25722
4442 Viking Drive, Suite 100
Bossier City, Louisiana 71111
Telephone: (318) 752-3335
Facsimile: (318) 752-3315
ATTORNEY FOR PLAINTIFF

/s/Robert G. Pugh, Jr.
Robert G. Pugh, Jr.
Louisiana Bar No. 10896
Lamar P. Pugh
Louisiana Bar No. 20070
Pugh, Pugh & Pugh, L.L.P.
Suite 2100
333 Texas Street
Shreveport, Louisiana 71101-5302
Telephone: (318) 227-2270
Facsimile: (318) 227-2273
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Stipulation of Dismissal was served on all counsel of record in this matter through the Court's ECF system this 3rd day of Febuary, 2014.

/s/Patrick R. Jackson